Sup. Ct. Pa.;
Sup. Ct. Ga.;
Sup. Ct. Ga.;
Sup. Ct. Ill.;
Sup. Ct. Fla.;
Sup. Ct. Mo.;
Sup. Ct. Va.; and
Sup. Ct. Va. Certio-rari denied. Reported below: No. 88-5811, 519 Pa. 236, 546 A. 2d 1101; No. 88-7299, 258 Ga. 583, 373 S. E. 2d 192; No. 89-5223, 128 Ill. 2d 231, 538 N. E. 2d 1107; No. 89-6166, 549 So. 2d 1370; No. 89-6192, 775 S. W. 2d 89; No. 89-6427, 238 Va. 295, 384 S. E. 2d 785; No. 89-6435, 238 Va. 563, 385 S. E. 2d 850.